COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-001-CV

KHALED OMAR APPELLANT

V.

ZIPCO, INC. APPELLEE

----------

FROM THE 342
ND
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant’s “Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM 

PANEL D: LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.

         DELIVERED: January 29, 2004  

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.